IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GRADY GARNER,<br><br>  Petitioner,<br><br>  vs.<br><br>JAMES YATES,<br><br>  Respondent.<br>_____/ | 1:08-cv-00196-OWW-GSA (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(DOCUMENT #6)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 19, 2008, petitioner filed a motion to extend time to file objections to the Findings and Recommendation . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections.

IT IS SO ORDERED.

Dated:   **April 3, 2008**          /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE