1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

11

### EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

| | |
|---|---|
| ARTHUR G. GARNER, | ) 1:08-CV-00196 OWW GSA HC |
| | ) |
| Petitioner, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| | ) [Doc. #4] |
| v. | ) |
| | ) ORDER DISMISSING PETITION FOR WRIT |
| | ) OF HABEAS CORPUS |
| JAMES YATES, Warden, | ) |
| | ) ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) TO ENTER JUDGMENT |
| | ) |

19

20

21

22

23

24

25

26

27

28

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On February 14, 2008, the Magistrate Judge issued a Findings and Recommendation that

recommended the petition be SUMMARILY DISMISSED for failure to state a cognizable claim for

relief.  The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter

judgment.  The Findings and Recommendation was served on all parties and contained notice that

any objections were to be filed within thirty (30) days of the date of service of the order.

        On May 1, 2008, Petitioner filed objections to the Findings and Recommendation. As fully

discussed in the Findings and Recommendation, in his petition Petitioner challenged two aspects of

1  the Board of Prison Terms' denial of parole: 1) he claims he was denied due process and equal

2  protection under the Fourteenth Amendment when the Board of Prison Terms failed to inform him

3  upon commencing his sentence that disciplinary proceedings could be used against him to deny

4  parole; and 2) he claims he received ineffective assistance of counsel at the parole hearing.  The

5  Magistrate Judge correctly recommended dismissal of the petition because these claims are not

6  cognizable. In his objections, Petitioner now raises numerous other claims. For example, he claims

7  the Board of Prison Terms failed to abide by state statutes in scheduling his initial parole hearing. He

8  also challenges the criteria used by the Board according to statute, which is somewhat similar to the

9  first claim he raises. Nevertheless, these claims are not properly before the Court, as his Objection to

10 the Findings and Recommendation is not a proper pleading to present new claims. See Cacoperdo v.

11 Demosthenes, 37 F.3d 504, 507 (9th Cir.1994).

12         Accordingly, IT IS HEREBY ORDERED that:

13         1. The Findings and Recommendation issued February 14, 2008, is ADOPTED IN FULL;

14         2. The Petition for Writ of Habeas Corpus is SUMMARILY DISMISSED;

15         3. The Clerk of Court is DIRECTED to enter judgment; and

16         4. As this petition concerns parole, a certificate of appealability is not required. Rosas v.

17 Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

18 IT IS SO ORDERED.

19 **Dated:    May 15, 2008**                          _____/s/ Oliver W. Wanger_____
                                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28